IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIE STOKES**                                                                                       **PLAINTIFF**

VS.                                    **CASE NO. 3:07CV00180 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this   28   day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE